# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA

FILED APR 25 '23 PM 2 :42 USDCALS

### PRISONER COMPLAINT
### [FOR INMATE ACTION] UNDER 42 U.S.C. § 1983

Steven D. King

Name under which you were convicted

# 134091

Your Prison number

CIVIL ACTION NO. 23-CV-147-TFM-N

(To be supplied by Clerk of Court)

vs.

Wexford Health Sources

Name of Defendant(s)

Donaldson Prison

100 Warrior Lane Bessemer, AL 35023

Place of Confinement and Address

## INSTRUCTIONS - READ CAREFULLY

A. <u>Complaint Form.</u> You must file your original complaint and a copy for each named Defendant. Your complaint must be <u>clearly</u> handwritten or typewritten. Do not use the back of a page. Your complaint must be signed by you; no notary is required. <u>Any false statement of material fact may serve as the basis for prosecution for perjury.</u>

B. <u>Proper Court.</u> Your complaint can only be brought in this Court if a defendant is located in the Southern District of Alabama and the rest of the defendants are located in Alabama or if your claim arose in this district. The Southern District of Alabama is comprised of the following counties: Baldwin, Clarke, Choctaw, Conecuh, Dallas, Escambia, Hale, Marengo, Mobile, Monroe, Perry, Washington, and Wilcox.

C. <u>Separate Case.</u> It is necessary to file a separate complaint form for each claim unless the claims are related to the same incident or issue.

D. <u>Defendants.</u> The persons who are listed as defendants in section III of the complaint are deemed by the Court to be the only defendants to this action. A defendant's present address must be provided. The Court is unable to serve process without the present address being furnished. The first defendant listed in section III should be the defendant that you list in the style of your case on your complaint form and motion to proceed without prepayment of fees and costs, if applicable, and any other pleading filed with the Court.

Rev. 4/10/06

A. Have you filed any other lawsuits in state or federal court dealing with the same or similar facts involved in this action:

Yes (✓)    No ( )

B. Have you filed other lawsuits in state or federal court relating to your imprisonment:

Yes (✓)    No ( )

C. If your answer to questions A or B above is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using this same outline.)

1. Parties to this previous lawsuit:

Plaintiffs: _Steven D. King_

Defendants: _DR Shaw warden Jones K. Turner_
_T. Stone wexford health soruces_

2. Court (if federal court, name the district; if state court, name the county): _Middle_
_District of AL_

3. Docket Number: _2:22-CV-369 WHA-CSC_

4. Were you granted the opportunity to proceed without payment of filing fees?
Yes (✓)    No ( )

5. Name of judge to whom the case was assigned: _Charles S. Coody_

6. If your ·case is no longer pending and has been dismissed, state the reason given by the Court as to why your case was dismissed, i.e., frivolous, malicious, failed to state a claim, defendants were immune, etc.

_____

_____

_____

7. Approximate date of filing lawsuit: _2022_

8. Approximate date of ruling by court: _Pending_

From Page 3

Plaintiffs Steven D. King

Defendants DR. Osula  Lt. wheat

Northern District of ALA

Docket # 2:22-CV-01567 mHH-JHE

U.S Magistrate Judge John H. England, III

From Page 3

Plaintiff    Steven D. King


Defendants    Jennings Powell, et al

    Southern District of ALA
    U.S Court of Appeals  22-11952-A
    District court No# 1:15-CV-00610-TFm-N

    Robert J. Luck
    U.S Circuit Judge

## II. YOUR PRESENT COMPLAINT.

A. Place or institution where action complained of occurred: Fountain Prison Atmore AL

B. Date it occurred: August 5-2021

C. Is there a prisoner grievance procedure in this institution? Medical only

D. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
   Yes (✓)    No ( )

E. If your answer is YES:
   1. What steps did you take? I Filed A medical grievance
   2. What was the result? Told me thay would give to ADOC

F. If your answer is NO, explain why not: _____

G. Your claim (briefly explain your claim: what, when, where, who; do not cite cases; you may, without leave of Court, add up to five (5) additional pages if necessary):

I WAS Poisoned In RAped At Fountain Prison
A wARden mcClain In other officers Told
Inmates I WAS A Cop working For the Feds
I was Incapasitated For over 4 weeks
when I did come back to myself. I went to
medical StAFF In officers Asking For help
none of them helped me, They sent me to
Bullock Prison, I was Involentey medicated
they Started doing things to cover up what
happen to me I told warden mcClain In mental
health staFF the names of the Inmates

From Page 4

who poisoned In Raped me, He warden
mcClain did nothing to them.
I Asked them to Let me see PREA
In a medical Doctor, Thay Put me In
a cell for mentel health with no pumping
or water, thay would'nt Let me shower,
In thay was takeing Food off my Trays.
They was doing everything to cover up
what thay did In was doing to me.
In Trying to make zt Look Like I was CRAZY,
Thay never Let me be seen by a medicpl
Doctor or PREA They would not Let
me make Phone calls. These people was
Trying To Kill me Thay cut me off For in
all contact with the Free world.
There are 100s of wittems to what
happen to me, everyTime I asked
For help thay Refused me help.

## III. PARTIES.

**A. Plaintiff** (Your name/AIS): _Steven D. King_ _#134091_

Your present address: _W.E Donaldson Prison 100 WARRioR Lane Bessemer AL 35023_

**B. Defendant(s):**

1. Defendant (full name) _Wexford_ is employed as _Health Care Provider_ at _Donaldson_

His/her present address is _100 WARRioR Lane Bessemer AL. 35023_

(a) Claim against this defendant: _employees Refused me Health CARE. In helped with A cover up In IS Forcing shots on me._

(b) Supporting facts (Including date/location of incident): _Wexford employees Failed to give me health care never let me see PREA or A medical doctor In IS FoRcing shots on me, In A Attemp to cover up what happen_

2. Defendant (full name) _Warden McClain_ is employed as _Warden_

at _G.K Fountain Prison_.

His/her present address is _100 WARRioR Ln Bessemer AL. 35023_

(a) Claim against this defendant: _Failed to give security In told Inmates I was A cop._

(b) Supporting facts (Including date/location of incident): _Failed to give security Refused Health CARe Told Inmates I was A Cop. In IS Trying To cover up what he had done to me_

3. Defendant (full name) _officer Mendozza_ is employed as _officer Mendozza_

at _G.K. Fountain_.

His/her present address is _100 WARRioR Ln Bessemer AL. 35023_

5

From Page 5

A. STeven D King
   100 WARRIOR Lane
   BessemeR AL 35023

B. nURSe mAldon mental HeAlth
   G.K FounTain ATmoRe AL

(A) wAs Told whAt hAppen to me.
    And Asked FoR help FRom heR.
    Did'nt do Anything. ReFused me help.
    PARt oF the coveR up.

(B) ReFused me medicAl CARe,
    And new whAt hAppen to me,

From Page 5

A.  Steven D. King #134091
    100 warrior Lane
    Bessemer AL 35023

B.  nurse Carter mental Health
    G.K Fountain Atmore AL

(A)  Refused me medical Care, In IS A PARt
     of the Cover up

(B)  was Told what happen to me, And was
     one of the ones that Put me In A cell with
     no water, never Let me see PREA or
     A medical Doctor

(a) Claim against this defendant: new I was encophon 4weeks Refused me security In did not help me,

(b) Supporting facts (Including date/location of incident):

WAS working the Cell block In Refused to help me, In IS a PART oF the cover up.

C. **Additional Defendants:** (If there are additional defendants, you may list them on separate pages using the same outline above).

**IV.** A. You must answer the following questions:

1. State the conviction(s) for which you are presently incarcerated: Robbery Kidnaping Rape,

2. When were you convicted? 2019

3. What is the term of your sentence? Life

4. When did you start serving this sentence? 2015

5. Do you have any other convictions which form the basis of a future sentence?
Yes (V)     No ( )

If so, complete the following:

(a) Date of conviction: 2016

(b) Term of sentence: 236 month

6. What is your expected end of sentence (E.O.S.) date? none

B. If this present lawsuit concerns your criminal conviction or sentence, state whether your conviction has been:

|  | Conviction | Sentence |
|---|---|---|
| Reversed | yes ( ) no ( ) | yes ( ) no ( ) |
| Expunged | yes ( ) no ( ) | yes ( ) no ( ) |
| Invalidated | yes ( ) no ( ) | yes ( ) no ( ) |

6

Writ of habeas yes ( ) no ( )       yes ( ) no ( )
corpus granted

C.  If you answered yes to any of the questions, state the Court or entity that relieved you from your
conviction or sentence and the date: _____

_____

**V.**  State <u>briefly</u> exactly what you want the Court to do for you if you win (make no legal argument,
cite no cases or statutes):

2 million From each defendents Investigation By the
F.B.I  In the Forced medication shots to stop

**VI.  <u>AFFIRMATION</u>.** By my signature below, I swear or affirm under penalty of perjury that the
facts set out in this complaint are true and correct.

#134091

4-5-2023                              STeven D, King
Date                                  (Signature of Plaintiff Under Penalty of Perjury)

                                      100 WARRIOR Lane
                                      Current Mailing Address
                                      BessemeR AL 35023

                                      _____
                                      Telephone Number

PLAINTIFF SHALL IMMEDIATELY ADVISE THE COURT IN WRITING OF ANY CHANGE IN
HIS ADDRESS, E.G., RELEASED. TRANSFERRED. MOVED. ETC. FAILURE TO NOTIFY THE
COURT OF A NEW ADDRESS WILL RESULT IN THE DISMISSAL OF THIS ACTION FOR
FAILURE TO PROSECUTE AND TO OBEY THE COURT'S ORDER.

Steven D, King
# 134091   X6
100 WARRioR, Ln
BessemeR, AL 35023

US POSTAGE    PITN
FIRST-CLASS
ZIP 35023
02 7H
0006094480   APR
$ 00

CLeRK Southern Dis
oF ALABAMA, US CouRth

113 ST Joseph ST
mobile, AL 36602

Legal mail