# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| STEVEN D. KING, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIV. ACT. NO. 1:23-cv-147-TFM-N |
| | ) |
| WEXFORD HEALTH SOURCES, INC., | ) |
| *et al.*, | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM OPINION AND ORDER

On February 19, 2026, the Magistrate Judge entered a report and recommendation which recommends that Defendants' motion for summary judgment be granted and this action be dismissed with prejudice. *See* Doc. 89. No objections were filed and the time frame has passed.

Accordingly, after due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge is **ADOPTED**. Therefore, the Defendants' motion for summary judgment (Doc. 83) is **GRANTED** and this action is **DISMISSED with prejudice**

A separate judgment will issue pursuant to Fed. R. Civ. P. 58.

**DONE** and **ORDERED** this 31st day of March, 2026.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE